Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Sandeep J. Shah (Cal. Bar No.: 210449)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-mail: sshah@buchalter.com

\*\*E-filed 7/6/05\*\*

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>LONG VU,<br><br>    Defendant. | Case No. CV-03-02346 JF<br><br>Hon. Jeremy Fogel<br><br>**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT LONG VU; ORDER THEREON** |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff DIRECTV, Inc. ("DIRECTV") hereby respectfully requests that the Court enter an Order dismissing the above-captioned action with prejudice as to Defendant LONG VU ("Defendant").  This request is made on the grounds that Defendant and DIRECTV have entered into an agreement settling this matter.  Pursuant to the terms of that agreement, DIRECTV agreed to voluntarily dismiss this action against Defendant, each party to bear its/his own attorneys' fees and costs incurred in this action to date.

Defendant answered the Complaint on or about August 2, 2003.  DIRECTV, therefore, cannot unilaterally voluntarily dismiss this action against Defendant absent a Court order.  Fed. R. Civ. P. 41(a).  Accordingly, DIRECTV respectfully requests the entry of such an order dismissing Defendant with prejudice.

Defendant LONG VU is the last remaining active Defendant in this action. This entire action as to all remaining claims is therefore terminated in full.

DATED: July 1, 2005　　　　　　　　　Respectfully Submitted,

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation


By:　　/s/ Sandeep J. Shah
　　　　　　Sandeep J. Shah
　　Attorneys for Plaintiff DIRECTV, Inc.

## **ORDER**

Having read the foregoing Request for Voluntary Dismissal of Defendant LONG VU filed by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. This action is hereby dismissed with prejudice as against Defendant LONG VU;

2. Each party shall bear its/his own attorney's fees and costs incurred in this action to date; and

3. As Defendant LONG VU is the last remaining active Defendant in this action, this entire action as to all remaining claims is hereby terminated in full.

DATED: 7/5/05

                                           electronic signature authorized
                                           _____
                                           Honorable Jeremy Fogel
                                           United States District Court
                                           Northern District of California